```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MPF SALES & MARKETING LLC,                    :
                                              :
                          Plaintiff,          :
                                              :            1:20-cv-04485-GHW
              -against-                       :
                                              :                 ORDER
BAKER'S PRIDE, INC.,                          :
                                              :
                          Defendant.          :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The initial pretrial conference scheduled for September 3, 2020 at 1:00 p.m., *see* Dkt. No. 6, will be conducted by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's web page, for the dial-in number and access code and other relevant information. The parties are specifically directed to comply with Rule 2(C) of those rules.

Counsel for Plaintiff is directed to serve a copy of this order on Defendant, and to retain proof of service.

SO ORDERED.

Dated: August 26, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge