USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2020

# GIANAKIS LAW LLC
Attorney at Law

MEMORANDUM ENDORSED

8/31/2020

James P. Gianakis
Attorney ID # JG 3930

315 Madison Avenue, 3rd Floor
New York, New York 10017
Telephone:  646.979.3750
Facsimile:  973.218.2401
Mobile:  908.337.4436

August 31, 2020

**VIA E-FILING**

Honorable Gregory H. Woods, U.S.D.J.
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   **MPF Sales & Marketing LLC v. Baker's Pride, Inc.**
       **Civil Action No. 1:20-cv-04485-GHW/SDA**

Dear Judge Woods:

This office represents the Plaintiff, MPF Sales & Marketing LLC ("MPF"), in the above-referenced matter.  We have had some difficulty in confirming contact with the Defendant, Baker's Pride, Inc., and therefore, respectfully request that the Initial Pretrial Conference that is scheduled for this Thursday, September 3, 2020, at 1:00 p.m., be adjourned to a later date so that we can confirm Defendant's appearance and counsel in this matter, counsel can confer regarding discovery and submit a joint proposed plan for the Court's consideration, and the conference with Your Honor can be productive and respectful of the Court's time.

We appreciate Your Honor's continuing attention to and courtesies in this matter.

Respectfully submitted,

*s / James P. Gianakis*

James P. Gianakis

Application granted.  The initial pretrial conference scheduled for September 3, 2020 is adjourned to September 22, 2020 at 11:00 a.m.  The parties are directed to submit the Joint Letter and proposed Case Management Plan, referenced in Dkt. No. 6, no later than one week before the conference.  The conference will be conducted by telephone and the parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's web page, for the dial-in number and access code and other relevant information.  The parties are specifically directed to comply with Rule 2(C) of those rules.  Counsel for Plaintiff is directed to serve a copy of this order on Defendant, and to retain proof of service.

SO ORDERED.

Dated:  August 31, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge