USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MPF SALES & MARKETING LLC,                          :
                                                    :
                         Plaintiff,   :
                                                    :              1:20-cv-04485-GHW
           -against-                             :
                                                    :                    ORDER
BAKER'S PRIDE, INC.,                                :
                                                    :
                        Defendant.   :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiff's complaint was filed on June 11, 2020.  Dkt. No. 1.  Plaintiff has not requested the issuance of a summons.

      Federal Rule of Civil Procedure 4(m) states, in relevant part, that "[i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  As the complaint was filed on June 11, 2020, the ninety-day window for service closed on September 9, 2020.

      Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE by September 18, 2020 as to why this action should not be dismissed for failure to serve process in the time allotted by Federal Rule of Civil Procedure 4(m).

      Plaintiff is directed to serve a copy of this order on Defendant, and to retain proof of service.

      SO ORDERED.

Dated:  September 16, 2020
       New York, New York

                                                                 GREGORY H. WOODS
                                                                United States District Judge